UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20901-CR-LENARD/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMON SOTO-SANTANA,

    Defendant.
_____/

**O R D E R**

THIS CAUSE having come before the Court on Defendant, RAMON SOTO-SANTANA'S Motion to Continue, and the Court having previously granted said request, it is hereby

ORDERED that the competency hearing shall be re-scheduled to Tuesday, November 10th, 2009, at 10:00 a.m. in the James Lawrence King Federal Justice Building, Courtroom 4, Tenth Floor, 99 Northeast 4th Street, Miami, Florida 33132. It is further

ORDERED that the doctor conducting the competency report shall attend this competency hearing.

DONE AND ORDERED in Chambers at Miami, Florida on this 29th day of October, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE