UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20901-CR-Lenard/Garber

UNITED STATES OF AMERICA,

v.

RAMON SOTO-SANTANA,

    Defendant.
_____/

## ORDER

    THIS CAUSE is before the Court for a competency hearing to determine whether the defendant Ramon Soto-Santana is competent to stand trial on the charges in this cause. By Order dated March 6, 2009 [DE 28], the Court ordered a psychological/psychiatric evaluation of the defendant to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist counsel in his defense. Such evaluation took place and the Court received the Forensic Report dated October 13, 2009, prepared by Rodolfo A. Buigas, Forensic Exam Coordinator.

    The Forensic Report is thorough and sets forth a substantial number of tests utilized to make the required determination. Dr. Buigas concludes that the defendant "exhibited no symptoms of an active mental illness that would interfere with his rational understanding of the proceedings or his ability to assist toward his defense." He also concluded that "the defendant's degree of trial competency is satisfactory, and it is recommended that Mr. Soto-Santana be found Competent to Stand Trial."

Dr. Buigas's findings and recommendations were not challenged by the defense. It must also be noted that the defense had the defendant evaluated by an independent psychologist who also found the defendant competent to stand trial. Accordingly, it is hereby

ORDERED that the defendant is hereby found competent to stand trial in that he understands the nature of the proceedings against him and is able to assist counsel in his defense.

DONE AND ORDERED in Chambers at Miami, Florida this 10th day of November, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE